

Thursday, February 2, 2017

No. 17–0133/AR. U.S. v. Paul E. Thomas. CCA 20150269. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

> WHETHER JUDGES CELTNIEKS AND BURTON, JUDGES ON THE COURT OF MILITARY COMMISSION REVIEW, WERE STATUTORILY AUTHORIZED TO SIT ON THE ARMY COURT OF CRIMINAL APPEALS, AND EVEN IF THEY WERE STATUTORILY AUTHORIZED TO BE ASSIGNED TO THE ARMY COURT OF CRIMINAL APPEALS, WHETHER THEIR SERVICE ON BOTH COURTS VIOLATED THE APPOINTMENTS CLAUSE GIVEN THEIR NEWLY ATTAINED STATUS AS PRINCIPAL OFFICERS.

No briefs will be filed under Rule 25.

No. 17–0160/AR. U.S. v. Steven M. Tucker. CCA 20150634. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

> WHETHER THE ARMY COURT ERRED IN HOLDING THAT THE TERM "DISORDERS AND NEGLECTS" STATES A NEGLIGENCE STANDARD FOR MENTAL CULPABILITY UNDER ARTICLE 134, UCMJ, WHICH PRECLUDES APPLICATION OF *UNITED STATES v. ELONIS*.

Briefs will be filed under Rule 25.

No. 17–0037/AF. U.S. v. Cory D. Phillips. CCA S38771. Appellant's motion to extend time to file a brief granted to February 7, 2017.

No. 17–0084/AR. U.S. v. James N. Costigan. CCA 20150052. Appellant's motion to extend time to file a brief granted to March 3, 2017.

No. 17–0162/NA. U.S. v. Keith Barry. CCA 201500064. On consideration of Appellant's third motion to extend time to file the supplement to the petition for grant of review, it is ordered that said motion is hereby granted to February 10,

2017, and that absent extraordinary circumstances, no further extension of time will be granted in this case.

No. 17–0215/AR. U.S. v. Kevin Greytunkl. CCA 20150644. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 21, 2017.

Friday, February 3, 2017

No. 17–0148/AF. U.S. v. Stephan H. Claxton. CCA 38188. On consideration of the petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issues:

I. WHETHER THE FINDINGS AND SENTENCE MUST BE SET ASIDE IN LIGHT OF *UNITED STATES v. HILLS*, 75 M.J. 350 (C.A.A.F. 2016).

II. WHETHER THE GOVERNMENT'S FAILURE TO DISCLOSE THAT AIR FORCE ACADEMY CADET E.T. WAS A CONFIDENTIAL INFORMANT FOR THE AIR FORCE OFFICE OF SPECIAL INVESTIGATIONS (AFOSI) PURSUANT TO *BRADY v. MARYLAND*, 373 U.S. 83 (1963), WAS HARMLESS BEYOND A REASONABLE DOUBT.

Briefs will be filed under Rule 25.

No. 17–0159/AR. U.S. v. Jeffrey Soria. CCA 20150537. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issues:

I. WHETHER ACCEPTANCE OF APPOINTMENT AS A CMCR JUDGE TERMINATED THE MILITARY COMMISSIONS OF JUDGES BURTON AND CELTNIEKS.

II. WHETHER, AS APPOINTED JUDGES OF THE CMCR, JUDGES BURTON AND CELTNIEKS DID NOT MEET THE UCMJ DEFINITION OF AN APPELLATE JUDGE.

III. WHETHER THE ASSIGNMENT OF INFERIOR OFFICERS AND PRINCIPAL OFFICERS TO A SINGLE JUDICIAL TRIBUNAL ITSELF VIOLATED THE APPOINTMENTS CLAUSE.

No briefs will be filed under Rule 25.

No. 17–0077/AR. U.S. v. Salvador Jimenez–Victoria. CCA 20140733. On consideration of Appellant's motion to remand the case to the United States Army Court of